defendant loaded and piled bags of grain on his wagon, and in the manner of driving the wagon so loaded on the highway, so that a number of the bags fell off the wagon on plaintiff, a minor, then lawfully on the street. From a judgment entered on a directed verdict for defendant, plaintiff appeals.

JOHN C. TRAINOR, for appellant.

GUSTAV NELSON, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

NEGLIGENCE, § 204*—*when direction of verdict improper.* In an action to recover for injuries sustained by a six-year-old boy resulting from bags of grain falling off of a wagon upon him, where the evidence showed that plaintiff and another boy were going to a store to buy candy, that they walked behind defendant's wagon and for a time had hold of a chain hanging from the tailboard, and that when they came to the cross walk of an intersected street they let go of the chain and plaintiff started for the store walking on the cross walk and at that time several bags of grain fell off the rear end of the wagon upon him, *held* that the question whether defendant was negligent in piling bags on the wagon or in driving the wagon was a question for the jury, and that the court erred in directing a verdict for defendant.

---

## Atlas Floor Company, Defendant in Error, v. Robert J. McLaughlin, Plaintiff in Error.

### Gen. No. 19,420.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HENRY C. BEITLER, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 25, 1914.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Action by Atlas Floor Company, a corporation, against Robert J. McLaughlin to recover for labor and materials furnished in laying two floors in shops belonging to defendant. To reverse a judgment in favor of plaintiff, defendant brings error.

LYMAN M. PAINE, for plaintiff in error.

J. SCOTT MATTHEWS, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

## Abstract of the Decision.

CONTRACTS, § 315*—*when finding of want of existence of warranty sustained by the evidence.* In an action to recover for labor and materials furnished in laying floors for defendant where defendant claimed the floors were to be according to sample and that they were inferior to sample, a finding that there was no such warranty express or implied, and that the defendant ordered them upon the advice of his architect and after his own independent investigation, *held* justified by the evidence.

---

## S. F. Svenson, Defendant in Error, v. H. J. Le Brun, Plaintiff in Error.

### Gen. No. 19,431.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN D. TURNBAUGH, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed May 25, 1914.

## Statement of the Case.

Action by S. F. Svenson against H. J. Le Brun in which, the brief of defendant states, a judgment was entered against him "for an alleged unpaid balance

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same topic and section number.